**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Billy Taylor, | ) | No. CV-09-2567-PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| AFS Technologies, Inc.; Kurien and Prasanna Jacob; Walter and Jane Doe Barandarian; Kimberly and John Doe Curtis; Rebecca and Jason Barr; Andi and John Doe Romano; and the Argentum Group, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff Billy Taylor brought this employment law action by filing a pro se complaint against Defendants on December 8, 2009. Dkt. #1. The amended complaint asserts race discrimination and retaliation claims under Title VII and 42 U.S.C. § 1981. Dkt. #94. Defendant AFS Technologies, Inc. has filed tortious interference counterclaims. Dkt. #28.

Plaintiff has filed a motion for leave to exceed page limit. Dkt. #137. He asserts that he is ready to file a summary judgment motion and needs eight pages more than the allotted seventeen in order to fully articulate the facts in support of summary judgment. Plaintiff does not describe the nature of his summary judgment motion. Nor does he explain why 25 pages are needed to demonstrate that certain undisputed material facts entitle him to judgment as a matter of law.

Moreover, the Court previously denied as premature a summary judgment motion filed by Plaintiff in January 2010. Dkt. ##8, 24. The Court stated that Plaintiff may seek summary judgment after discovery has been completed. Dkt. #24 at 2. The discovery deadline is October 29, 2010. Dkt. #62 at 2. Plaintiff may file a motion for summary judgment after that date and before the dispositive motion deadline of November 19, 2010 (Dkt. #62 at 4).

**IT IS ORDERED:**

1. Plaintiff's motion for leave to exceed page limit (Dkt. #137) is **denied**.
2. Plaintiff may file a summary judgment motion between October 29 and November 19, 2010.
3. Because the motion will address a single counterclaim, the Court will not extend the page limit.

DATED this 14th day of July, 2010.

David G. Campbell
United States District Judge