**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Billy Taylor,<br><br>      Plaintiff,<br><br>vs.<br><br>AFS Technologies, Inc.; Kurien and Prasanna Jacob; Walter and Jane Doe Barandarian; Kimberly and John Doe Curtis; Rebecca and Jason Barr; Andi and John Doe Romano; and the Argentum Group,<br><br>      Defendants. | No. CV-09-2567-PHX-DGC<br><br>**ORDER** |

Plaintiff Billy Taylor brought this employment law action by filing a pro se complaint against Defendants on December 8, 2009. Doc. 1. The amended complaint asserts race discrimination and retaliation claims under Title VII and 42 U.S.C. § 1981. Doc. 94.

Defendants Prasanna Jacob and Jason Barr have filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Doc. 111. They argue that dismissal is warranted because they are listed in the caption, but mentioned nowhere else in the amended complaint. *Id.* Plaintiff does not oppose the motion. Doc. 140.

**IT IS THEREFORE ORDERED:**

1. The motion to dismiss filed by Defendants Prasanna Jacob and Jason Barr (Doc. 111) is **granted**.

2. The claims asserted against Defendants Prasanna Jacob and Jason Barr in the amended complaint (Doc. 94) are **dismissed**.

DATED this 26th day of July, 2010.

_____
David G. Campbell
United States District Judge