WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Billy Taylor,<br><br>Plaintiff,<br><br>vs.<br><br>AFS Technologies, Inc.; et al.,<br><br>Defendants. | No. CV-09-2567-PHX-DGC<br><br>**ORDER** |

Plaintiff Billy Taylor brought this employment law action by filing a pro se complaint against Defendants on December 8, 2009. Doc. 1. The amended complaint asserts race discrimination and retaliation claims under Title VII and 42 U.S.C. § 1981. Doc. 94.

Plaintiff has filed a motion to voluntarily dismiss his claims against Defendant Argentum Group. Doc. 167. The motion is unopposed. The Court will grant the motion pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.

**IT IS ORDERED:**

1. Plaintiff's motion to dismiss (Doc. 167) is **granted**.
2. The claims asserted against Defendant Argentum Group in the amended complaint (Doc. 94) are **dismissed**.

DATED this 15th day of September, 2010.

_David G. Campbell_
United States District Judge