**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Billy Taylor,<br><br>    Plaintiff/Counterdefendant,<br><br>vs.<br><br>AFS Technologies, Inc.; Kurien Jacob; Walter Barandarian; Kimberly Curtis; and Rebecca Barr,<br><br>    Defendants/Counterclaimant. | No. CV-09-2567-PHX-DGC<br><br>**ORDER** |

On August 18, 2010, the Court issued an order denying Plaintiff's motion for sanctions. Doc. 176. Plaintiff filed a motion for reconsideration of that order on November 12, 2010. Doc. 241. Local Rule 7.2 provides that "any motion for reconsideration shall be filed no later than fourteen (14) days after the date of the filing of the Order that is the subject of the motion." LRCiv 7.2(g)(1). The deadline for seeking reconsideration of the order denying Plaintiff's motion for sanctions was September 1, 2010. Plaintiff's motion is more than two months late, and he has not shown good cause for the delay.

**IT IS ORDERED** that Plaintiff's motion for reconsideration (Doc. 241) is **denied**.

DATED this 17th day of November, 2010.

David G. Campbell
United States District Judge